■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. FOSKIT, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Memorandum: The record reflects that defendant's plea of guilty to burglary in the third degree was knowingly, voluntarily and intelligently made *(see, People v Nixon,* 21 NY2d 338, 353, *cert denied sub nom. Robinson v New. York,* 393 US 1067). (Appeal from judgment of Cattaraugus County Court, Kelly, J.—burglary, third degree.) Present —Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. FOSKIT, Appellant. (Appeal No. 3.)—Judgments unanimously affirmed. Memorandum: Contrary to defendant's contention, the superior court information was not jurisdictionally defective. "[T]he Constitution and statute require only that the information charge an offense for which the defendant was held for Grand Jury action" *(People v Menchetti,* 76 NY2d 473, 475; *see,* NY Const, art I, § 6; CPL 195.20). (Appeal from judgments of Cattaraugus County Court, Kelly, J.—violation of probation.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.